UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:

ROBERT CHARLES WALLERIUS

          CASE No. 07-40211-LMK

          CHAPTER 11

Debtor.
_____/

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**
**OR CONVERT CHAPTER 11 CASE**
**AND MEMORANDUM OF LAW**

    COMES NOW DONALD F. WALTON, United States Trustee for Region 21, and moves the Court for the dismissal or conversion of the above chapter 11 case pursuant to 11 U.S.C. §1112(b), and in support thereof states:

**RELEVANT FACTS**

    1.    On April 26, 2007, the Debtor filed a voluntary chapter 11 petition in Florida. (Docket No. 1).

    2.    Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee's duties include supervising the administration of chapter 11 cases. In order to fulfill this mandate, the United States Trustee requires debtors to submit reports and other information.

    3.    The most recent monthly financial report filed by the Debtor in this case is for May of 2008. (Docket no. 202). The Debtor's June report was due on or before July 20, 2008 and the Debtor's July report was due on or before August 20, 2008. As of the

date of this motion the Debtor has failed to file the June and July monthly operating reports.

4. The monthly operating reports filed to date in this case do not evidence any ability of the Debtor to fund a plan of reorganization in this case.

5. Debtor's monthly operating report for May states that the Debtor had a beginning bank balance of $574.53. During the month of May the Debtor had positive net cash flows of $10.07. The May report indicates that the Debtor is delinquent in payment of his post petition real estate taxes in the amount of $6,262.43. The bank statement from Wakulla Bank indicates an average daily balance of negative $41.08 and shows a continuous overdraft fee charged to the Debtor's account. The ending balance in the Debtor's bank account per the bank statement dated May 20, 2008 was $11.78. Based on the May report the Debtor does not have the ability to fund his plan of reorganization filed in this case.

6. Quarterly fees to the United States Trustee for the second quarter of 2008 (ending June 30, 2008) were due on or before July 31, 2008. The quarterly fee balance outstanding after applying a slight overpayment from a prior quarter is estimated to be $319.62. However, without the Debtor's monthly operating report for the month of June of 2008 it is impossible for the United States Trustee to accurately calculate the appropriate fees.

## ARGUMENT & MEMORANDUM OF LAW

7.  11 U.S.C. §1112(b)(1) provides that:

... on request of a party in interest, and after notice and a hearing, absent unusual circumstances.....the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

8.  11 U.S.C. §1112(b)(4) provides in part that:

For purposes of this subsection, the term 'cause' includes:

(A) substantial or continuing loss to or diminution of the estate and absence of a reasonable likelihood of rehabilitation;

(F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;

(K) failure to pay any fees or charges required under chapter 123 of title 28.

9.  Based on the monthly operating reports filed to date the Debtor has not displayed a reasonable likelihood of rehabilitation in this Chapter 11 proceeding. This is cause for dismissal or conversion under §1112(b)(4)(A).

10. The Debtor's failure to file the June and July monthly operating reports constitutes cause for dismissal or conversion under §1112(b)(4)(F).

11. The Debtor's failure to pay the quarterly fees for the second quarter of 2007 constitutes cause for dismissal under §1112(b)(4)(K).

WHEREFORE, the United States Trustee moves for the dismissal or conversion

of this chapter 11 case.

Respectfully submitted, this the 4th day of September, 2008.

        Donald F. Walton
        United States Trustee
        Region 21

        /s/ JASON H. EGAN
        Jason H. Egan
        Trial Attorney
        Office of the United States Trustee
        110 East Park Avenue, Suite 128
        Tallahassee, FL 32301
        850-521-5050
        FAX: 850-521-5055
        Florida Bar Number 0568351
        Email: jason.h.egan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was furnished either electronically or by first class U.S. Mail postage prepaid to Marlow V. White, Jr., Esq., P.O. Box 1050, Tallahassee, FL 32302-1050; Robert C. Wallerius, 3084 McCord Boulevard, Tallahassee, FL 32303, on this the 4th day of September, 2008.

        /s/ JASON H. EGAN
        Jason H. Egan