B 10 (Official Form 10) (04/07)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF FLORIDA | PROOF OF CLAIM |
|---|---|

| Name of Debtor: ROBERT CHARLES WALLERIUS | Case Number: 07-40211-LMK |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): E. STEVEN LUSTIG, ESQ. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: 6501 TANGLEWOOD BAY DRIVE, # 1602 ORLANDO, FL 32821 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Telephone number: (321) 662-6276 | | |

| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces ☐ amends a previously filed claim, dated:_____ if this claim |
|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☑ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #:____
  Unpaid compensation for services performed
  From _____ to _____
  (date) (date)

**2. Date debt was incurred:** 10/26/2006

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 111,637.50

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Other _____
☐ Motor Vehicle

Value of Collateral: $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 111,637.50    0    0    111,637.50
(unsecured)  (secured)  (priority)  (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date 08/22/2007 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] | THIS SPACE IS FOR COURT USE ONLY
FILED
BANKRUPTCY COURT
NORTH DIST FLA
TALLAHASSEE
AUG 27 PM 3:46 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 1    FILED

| Date | Hours | Description of legal service |
|---|---|---|
| 10.11.03 | 1 | Review e-mail from Norton and RMG, Inc |
| 11.07.03 | 1 | Review e-mail from Norton/RMG, Inc. |
| 11.11.03 | 1 | Review e-mail Norton/RMG Inc. |
| 11.11.03 | 1 | Review e-mail Norton/RMG Inc. |
| 11.16.03 | 3 | Ltr and Settlement Proposal to Moran/Norton |
| 01.22.04 | 5 | Legal Case file review Moran |
| 05.13.04 | .5 | Review ltr from RCW |
| 05.24.04 | 1 | Prep. ltr to French, Esq. |
| 05.24.04 | 1 | Letter to Leone, Esq. |
| 05.24.04 | 1 | Review ltr from RCW |
| 05.24.04 | 2 | Deed review – Stafford; fax, admin |
| 05.25.04 | .5 | Fax to Moran |
| 05.26.04 | 3 | Prep. and fax Stafford closing documents |
| 05.26.04 | 4 | Initial case review with RCW |
| 05.26.04 | 3 | Legal review Mortgage, Indemnity note |
| 05.27.04 | 1 | Review e-mail per Norton and RMG, Inc |
| 06.04.04 | 3 | Prepare Order to Show Cause |
| 06.04.04 | 1 | Letter to Clyne, J. |
| 06.04.04 | 1 | Administrative, Letter to Civil Case Clerk |
| 06.04.04 | 6 | Research, prepare, file Complaint et seq. |
| 06.08.04 | 4.5 | Ocean County Court Orders, legal review |
| 06.08.04 | 1 | Prep. letter to M. Moran |
| 06.08.04 | .5 | Review fax ltr from Clyne, J. |
| 06.17.04 | .5 | Review and fx letter to RCW |
| 06.17.04 | 1 | Prep. ltr and fax Complaint to M. Moran |
| 07.02.04 | 1 | Prep ltr to Clyne, J. |
| 07.04.07 | 1 | Prepare letter to DeVincens, Esq. |
| 07.07.04 | 1 | Review Notice of Case Mgmt. Conf. |
| 07.07.04 | 2 | Review Ans to Interr. – M'Ware |
| 07.07.04 | 2 | Review, research Motion to Protect – DeVincens, Esq. |
| 07.08.04 | 1.5 | Review Consent Order |

1

| Date | Hours | Description |
|---|---|---|
| 07.14.04 | 1 | Prep. letter to DeVincens, Esq. |
| 07.21.04 | 1.5 | Prep. and fax legal docs. To RCW |
| 07.21.04 | 1.5 | Prepare and fax letter to DeVincens, Esq. |
| 07.22.04 | 1.5 | Prepare letter to DeVincens, Esq. |
| 08.02.04 | 4 | Review, prep. and fax to DeVincens, Esq. |
| 08.13.04 | 4 | Ocean Co. Motion to Release Monies |
| 08.31.04 | 5 | Review fax per Devincens, Esq. |
| 09.01.04 | 2 | Case Mgmt. Conf. Order |
| 09.30.04 | 2 | Prepare and fax order to RCW |
| 10.01.04 | 4.5 | Prepare and case review for Interr. – RMG< Inc |
| 10.01.04 | 3.5 | Prep., and case review for Interr. to M'Ware Corp. |
| 10.01.04 | 6.5 | Prep. Interrogatories for Norton |
| 10.01.04 | 2.5 | Prepare and file interr. for J. Moran |
| 10.01.04 | 6.5 | Research case file, prep. Interr. To M. Moran |
| 10.07.04 | 2 | Fax to DeVincens, prep and review |
| 10.07.04 | 2 | Ltr – DeVincens, Esq., |
| 10.07.04 | 4 | Legal research re: Punitive damages, fees |
| 10.08.04 | 6 | Legal research – NJ Annot. Statutes |
| 10.08.04 | 7.5 | Prepare Interrogatories - Norton |
| 10.09.04 | 4 | Legal research NJ Rules of Evidence |
| 10.09.04 | 6.5 | Review case file, prep. Interr. M'Ware |
| 10.09.04 | 3.5 | Interr. – Justine Moran |
| 10.10.04 | 9.5 | Interr. – Michael Moran |
| 10.11.04 | 2 | Prepare and fax to DeVincens, Esq. |
| 10.11.04 | 2 | Prep. Interr. – M'Ware Corp. |
| 10.11.04 | 3 | Prep. Motion for Deposition – Norton, Ltr., admin.file |
| 10.11.04 | 3 | Prep. Motion for Deposition – Moran, research, admin., file |
| 10.11.04 | 3 | Prep. Motion for Deposition – Justine Moran |
| 10.11.04 | 2 | Prep. Motion for Depose. – M'Ware Corp. |
| 10.11.04 | 2 | Prep. Motion for Depos. – RMG, Inc |
| 10.12.04 | 1.5 | Prep. Interr. – RMG, Inc, admin. |
| 11.05.04 | 2 | Fax to RCW per Clyne, J. |

2

| Date | Hours | Description of legal service |
|---|---|---|
| 04.05.05 | 1 | Ocean County Notice of Case Mgmt., Motions, Review |
| 04.07.05 | 2 | Research and prepare Order to Amend Complaint |
| 04.07.05 | 3 | Ltr and copies to Civil Intake Clerk |
| 04.07.05 | 2 | Research and prepare Order to Amend Complaint |
| 04.07.05 | 3 | Ltr and copies to Civil Intake Clerk |
| 04.07.05 | 2 | Prep. Letter to M. Moran |
| 04.07.05 | 2 | Prep. Ltr to Norton |
| 04.07.05 | 2 | Prep. ltr to J. Moran |
| 04.14.05 | 2 | Prepare Order for Summary Judgment, legal research |
| 04.24.05 | 8.5 | Legal research, Prep. Amended Complaint, admin., file |
| 04.29.05 | 4 | Prep. Motion |
| 05.06.05 | 1 | Prep. Motion |
| 05.07.05 | 2 | Prep. Order and Motion |
| 05.26.05 | 2 | Review Acctg of Partnership |
| 06.02.05 | 1 | Review Acctg of Partnership |
| 06.02.05 | 1 | Review Acctg of Partnership with RCW |
| 06.09.05 | 1 | Review Acctg of Partnership with RCW |
| 06.16.05 | 1 | Prep. letter to DeVincens, Esq. |
| 06.19.05 | 2.5 | Prep. ltr and docs. To Clyne, J. |
| 06.29.05 | 12 | Prep. Amended Complaint |
| 07.01.05 | 3 | Review and vetted resume of J.P. Osborne |
| 08.04.05 | 3 | Rev. Ans to Amend. Comp per DeVincens, Esq. |
| 08.04.05 | 6.5 | Review legal docs produced by DeVincens, Esq. |
| 08.08.05 | 6 | Review legal docs produced by DeVincens, Esq. |
| 08.24.05 | 1 | Prep. ltr DeVincens, Esq. |
| 09.09.05 | 1 | Prep. ltr DeVincens, Esq. |
| 09.11.05 | 1 | Prep ltr and fax to RCW |
| 09.19.05 | 2 | Review Order per Clyne, J. |
| 09.19.05 | 1 | Prep. legal document |
| 10.06.05 | 2 | Prep. legal document |