UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO. 07-40211-LMK

    ROBERT CHARLES WALLERIUS            CHAPTER 11

      Debtor.
_____/

## ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE

THIS MATTER having come before the Court on the Motion to Dismiss of Creditors, JAMES NORTON, M'WARE CORPORATION and THE RESOURCE MANAGEMENT GROUPS, INC. (Docket No. 241). The Court, having held an evidentiary hearing at 10:00 a.m. on October 1, 2008, at which the Debtor was not present, and having considered the arguments of counsel for Creditors and the Debtor, it is;

ORDERED AND ADJUDGED that:

1. The Debtor's Chapter 11 case is dismissed without prejudice.

DONE AND ORDERED at Tallahassee, Leon County, Florida, on this  3rd   day of October, 2008.

_____
**LEWIS M. KILLIAN, JR.**
United States Bankruptcy Judge

Copies Furnished To:

Chad D. Heckman, Esq., Attorney for Creditors
Robert C. Wallerius, Debtor(s)
Jason Eagan,, Esq., U.S. Trustee
Marlow V. White, Esq., Attorney for Debtor
All other parties in interest